## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

DA LUGO INVESTMENT, LLC D/B/A       CASE NO:8:22-cv-02728-SDM-AAS
CHARLEY'S AMERICAN BAR AND
RESTAURANT,

    Plaintiff,

v.

MT. HAWLEY INSURANCE
COMPANY,

    Defendant.
_____/

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff, Da Lugo Investment, LLC D/B/A Charley's American Bar and Restaurant hereby gives notice that the above captioned action is voluntarily dismissed without prejudice.

Dated December 1, 2022

                              Respectfully submitted,

                        By:  /s/ *Joshua S. Smith*
                              *Smith Thompson Law*
                              Joshua S. Smith, Esquire
                              FBN:108915
                              Primary Email:  jsmith@smiththompsonlaw.com
                              Email:  jhoffman@smiththompsonlaw.com
                                                  gvelasco@smiththompsonlaw.com
                              4725 N. Lois Avenue
                              Tampa, Florida 33614
                              Telephone: 813.254.1800
                              Facsimile: 813.254.1844
                              Attorney for Respondent

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 1, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being service this day on all counsel of record or pro se parties identified on the list below in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

## SERVICE LIST

Marcus Mahfood, Esquire
CHARTWELL LAW
100 SE 2nd Street, Suite 2150
Miami, FL 33131
(305) 372-9044 Telephone
(305) 372-5044 Facsimile
mmahfood@chartwelllaw.com
mcaudillo@chartwelllaw.com
*Attorney for Defendant Mt. Hawley Insurance Company*

By: /s/ *Joshua S. Smith*
Joshua S. Smith, Esquire